# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAURIE HAINES and GARY HAINES,** individually and as parents and natural guardians of B.H., **Plaintiffs** | :<br>:<br>:<br>: Civil Action No. 1:07-cv-00851 |
| v. | : (Chief Judge Kane) |
| **LISA DAVIES,** as the Administratrix and Personal Representative of the Estate of David Davies, **Defendants** | :<br>:<br>:<br>:<br>: |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |
| **DEBRA WHITMAN and SCOTT WHITMAN,** individually, and as parents and natural guardians of P.W., **Plaintiffs** | :<br>:<br>:<br>:<br>: |
| | : Civil Action No. 1:07-cv-00852 |
| v. | : (Chief Judge Kane) |
| **LISA DAVIES,** as the Administratrix and Personal Representative of the Estate of David Davies, **Defendants** | :<br>:<br>:<br>:<br>: |

# ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS.**

On January 29, 2009, trial was scheduled for February 10, 2009, at 9:30 a.m. (Doc. No. 125.) The parties were directed to submit proposed voir dire questions five days before trial, on or before February 5, 2009. On February 10, 2009, at 9:28 a.m., Defendant submitted proposed voir dire questions.

**IT IS HEREBY ORDERED THAT** Defendant's request is **denied** as untimely, although many of the questions will nonetheless be addressed in the Court's voir dire.

                                          _s/Yvette Kane_____

                                          YVETTE KANE

                                          United States District Judge

Dated: February 12, 2009